UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:
**08-22124-CIV-MORENO**

CROWLEY LINER SERVICES, INC.,

    Plaintiff,

vs.

HORIZON INTERNATIONAL SHIPPING, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Stipulation of Settlement **(D.E. 3)**, filed **August 22, 2008**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record